UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| Case No. | CR 05-1001 ER | Date | December 13, 2005 |
|---|---|---|---|

Present: The Honorable **EDWARD RAFEEDIE, DISTRICT COURT JUDGE**

Interpreter    Not applicable

| Pamela Silence | Deborah Parker | Brian Hoffstadt |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Marc D. Hoaglin | ✓ | | BOND | Michael T. Shannon | ✓ | | ✓ |

Proceedings:   **CHANGE OF PLEA**

✘   Defendant moves to change plea to the Single-Count Indictment.

✘   Defendant sworn.

✘   Defendant now enters a new and different plea of Guilty to Count One of the Single-Count Indictment.

✘   The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered. Defendant is adjudged guilty.

✘   The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **Monday, March 6, 2006 at 1:30 p.m.** for sentencing.

✘   Court orders plea agreement made a part of the record to reflect the terms and conditions under which defendant has agreed to plead guilty.

✘   Plaintiff is to remain on bond under the same terms and conditions as previously imposed.

cc: Pretrial Services
   Probation Office

: 20

Initials of Preparer

ENTER ON ICMS

DEC 1 5 2005

15

CR-11 (09/98)    CRIMINAL MINUTES - GENERAL    Page 1 of 1